IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV144-MOC-DSC

| | |
|---|---|
| MOHAMMAD M. KARGARIAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) ) |
| AUTOZONE, | ) ) |
| Defendant. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of John Gordon Howard]" (document #12) filed April 20, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**. Signed: April 23, 2012

David S. Cayer
United States Magistrate Judge