IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV144-MOC-DSC

| | |
|---|---|
| MOHAMMAD M. KARGARIAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| AUTOZONE, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER IS BEFORE THE COURT** sua sponte regarding Defendant's "Partial Motion To Dismiss" (document #16) filed April 30, 2012.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that he has a right to respond to Defendant's Motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until May 18, 2012 to respond to Defendant's "Partial Motion To Dismiss."

**SO ORDERED**.

Signed: May 1, 2012

David S. Cayer
United States Magistrate Judge