**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV144-MOC-DSC**

| | |
|---|---|
| **MOHAMMAD M. KARGARIAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **AUTOZONE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER IS BEFORE THE COURT** <u>sua sponte</u> regarding Defendant's "Partial Motion To Dismiss" (document #16) filed April 30, 2012.

In accordance with <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding <u>pro se</u>, that he has a right to respond to Defendant's Motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until May 18, 2012 to respond to Defendant's "Partial Motion To Dismiss."

**SO ORDERED**.                       Signed: May 1, 2012

_____

David S. Cayer
United States Magistrate Judge