IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:12CV144-MOC-DSC

| | |
|---|---|
| MOHAMMED M. KARGARIAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| AUTO ZONERS, LLC, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (Doc. 27) filed June 21, 2012 requesting admission of attorney John Gordon Howard to represent Defendant. For the reasons set forth therein, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.  Signed: June 22, 2012

David S. Cayer
United States Magistrate Judge