UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00144-MOC-DSC

| | |
|---|---|
| **MOHAMMAD M. KARGARIAN,** | ) |
| Plaintiff(s), | ) |
| Vs. | ) ORDER |
| **AUTO ZONE,** | ) |
| Defendant(s). | ) |

**THIS MATTER** is before the court on the court's own Motion to Dismiss. On November 26, 2012, counsel for defendant informed the court that the case had settled and that a Joint Stipulation of Dismissal would be filed. See Notice of Settlement (#45). That same day, the court issued its Notice to the parties requiring that a stipulation of dismissal be filed within 30 days "or the court will dismiss the case without prejudice." Id. Review of the pleadings reveals that the deadline of January 2, 2013, established by the court's Notice has passed and that neither a Stipulation of Dismissal under Rule 41, Fed.R.Civ.P., nor a request to enlarge such deadline under Rule 6 has been filed. Having considered the court's own motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's own Motion to Dismiss is GRANTED, and this action is dismissed without prejudice.

Signed: January 8, 2013

Max O. Cogburn Jr.
United States District Judge