# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Mohammad M. Kargarian, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00144-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Auto Zone, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2013 Order.

January 9, 2013

Frank G. Johns, Clerk
United States District Court